IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:18CR385-1 |
| GATE CITY TRANSPORTATION, INC. | : |

The United States Attorney charges:

From on or about November 1, 2010, continuing up to and including on or about February 12, 2015, the exact dates unknown, in the County of Guilford, in the Middle District of North Carolina, GATE CITY TRANSPORTATION, INC., did knowingly and willfully execute a scheme to defraud a health care benefit program affecting commerce, that is, Medicaid, in connection with the delivery of and payment for health care benefits, items, and services, by causing claims intentionally and by deliberate ignorance, to be submitted to the Medicaid program under CPT Codes A0428 (Ambulance Service, Basic Life Support) and A0425 (Ground mileage) when, in fact, GATE

FILED SEP 26 2018 Clerk, US District Court Greensboro, NC

CITY TRANSPORTATION, INC., operated van transportation; in violation of Title 18, United States Code, Sections 1347(a)(1) and 2.

DATED: September 25, 2018

*signature: Sandra J. Hairston for*

MATTHEW G.T. MARTIN
United States Attorney

*signature*

BY: ROBERT M. HAMILTON
Assistant United States Attorney

2